IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-01973-PSF-MJW
(Consolidated with 04-cv-02112-PSF-MJW

J.E.H. KNUTSON,

    Plaintiff,

v.

WALKER AND ASSOCIATES, INC.,

    Defendant.

---

Civil Action No. 04-cv-02112-PSF-MJW
(Consolidated with 03-cv-01973-PSF-MJW

WALKER GROUP, INC.,

    Plaintiff,

v.

FIRST LAYER COMMUNICATIONS, INC.; and
J.E.H. KNUTSON,

    Defendants.

---

## ORDER ON FILING DOCKETED AS "MOTION FOR REVIEW"

This matter comes before the Court, *sua sponte*, in response to a letter dated May 11, 2005 from Joshua Maximon, an attorney for defendant, to the Clerk of the Court.  The Clerk docketed the letter as a "motion to review" (Dkt . # 140).

The letter requests the Clerk to "review" the Court's file to determine if any of some 11 listed documents are "missing" from the Court's file.  The motion is DENIED.

If counsel wishes to ascertain whether the Court's file contains documents that the defendant believes should be on file, he or another representative of defendant may visit the Clerk's office and review the file.

DATED: June 29, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge