IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-F-1973 (MJW)
(Consolidated with 04-F-2112 (MJW))

J.E.H. KNUTSON,

    Plaintiff,

v.

WALKER AND ASSOCIATES, INC.,

    Defendant.

_____

Civil Action No. 04-F-2112 (MJW)
(Consolidated with 03-F-1973 (MJW))

WALKER GROUP, INC.,

    Plaintiff,

v.

FIRST LAYER COMMUNICATIONS, INC.; and
J.E.H. KNUTSON,

    Defendants.
_____

ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL
_____

    Defendant's Unopposed Motion to Continue Trial (Dkt.# 146) is GRANTED.

    The Final Trial Preparation Conference currently set for August 26, 2005 at 8:30 a.m. and the four-day jury trial currently set for September 6, 2005 are VACATED and

RESET to October 14, 2005, at 9:30 a.m. for Final Trial Preparation Conference and October 25, 2005, at 9:00 a.m. for a four-day jury trial.

DATED: July 11, 2005

BY THE COURT:

S/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge