IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02112-PSF-MJW
(Consolidated with 03-cv-01973-PSF-MJW)

WALKER GROUP, INC.,

    Plaintiff,

v.

FIRST LAYER COMMUNICATIONS, INC.; and
J.E.H. KNUTSON,

    Defendants.

## ORDER GRANTING LEAVE TO RESPOND

Defendant Knutson's Unopposed Motion To Respond to Plaintiff's Application for Attorneys' Fees and Costs (Dkt. # 196) is GRANTED. Defendant Knutson may have to and including December 30, 2005 within which to respond to plaintiff's Application for Attorneys' Fees and Costs.

DATED: December 15, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge